UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

RICHARD O'CONNOR,

    Plaintiff,

v.                                              CASE NO: 8:10-cv-508-T-23TBM

ENHANCED RECOVERY
CORPORATION,

    Defendant.
_____/

## **O R D E R**

Richard O'Connor sues (Doc. 1) the defendant for violating the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1962. Pursuant to Rule 12(b)(6), Federal Rules of Civil Procedure, the defendant moves (Doc. 11) to dismiss the complaint or for a more definite statement, and the plaintiff responds (Doc. 12) in opposition.

The FDCPA prohibits a "debt collector" from (1) using "any false, deceptive, or misleading representation or means in connection with the collection of any debt," 15 U.S.C. § 1692e, and (2) engaging "in any conduct the natural consequence of which is to harass, oppress, or abuse any person in connection with collection of a debt," 15 U.S.C. § 1692d. The complaint alleges that the defendant "constantly and continuously places collection calls to Plaintiff seeking and demanding payment for an alleged consumer debt." (Doc. 1, ¶ 11) Additionally, the defendant "failed to properly identify itself when seeking and demanding payment by placing collection calls and

hanging up the phone." (Doc. 1, ¶ 15)   Although the complaint is, at best, only minimally compliant with the applicable pleading standard and although the plaintiff mischaracterizes the standard, the defendant's motions (Doc. 11) to dismiss and for a more definite state are **DENIED**.  On or before **April 21, 2010**, the defendant shall respond to the complaint.

ORDERED in Tampa, Florida, on April 7, 2010.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE

cc:    Courtroom Deputy